

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. **19MJ4468** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| Michael REID, | ) | |
| Andrew Lee MURRAY, | ) | FILED |
| | ) | OCT 11 2019 |
| | ) | CLERK US DISTRICT COURT |
| | ) | SOUTHERN DISTRICT OF CALIFORNIA |
| Defendants. | ) | BY                        DEPUTY |

The undersigned complainant being, duly sworn, states:

On or about October 10, 2019, within the Southern District of California, defendant Michael REID and Andrew Lee MURRAY, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Gustavo CEDILLO-Cedillo, Mario CRUZ-Lopez, Jacinto Dionicio LOPEZ-Lopez, Salvador NAVARRO-Villavicencio and Hilda OLEA-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 11th DAY OF October, 2019.

LINDA LOPEZ
United States Magistrate Judge



**CONTINUATION OF COMPLAINT:**
Andrew Lee MURRAY,
Michael REID,

## PROBABLE CAUSE STATEMENT

The complainant states that Gustavo CEDILLO-Cedillo, Mario CRUZ-Lopez, Jacinto Dionicio LOPEZ-Lopez, Salvador NAVARRO-Villavicencio and Hilda OLEA-Ramirez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 10, 2019, at approximately 9:50 AM, Border Patrol Agent J. Arevalo was conducting assigned duties in the El Cajon Border Patrol station's area of responsibility. While patrolling an area known to Border Patrol agents as "Zuelners," Agent Arevalo observed some individuals on an elevated position in Mexico in area known as the "Cap Rock" standing up, moving frantically, pointing northeast and using communication devices. Agent Arevalo drove to an elevated position, and observed the surrounding area. At approximately 9:54 AM, Agent Arevalo observed two trucks, a silver colored Dodge Ram and a white Ford F series, traveling in tandem, driving east on State Route 94 (SR-94) near an area known as "Split Rock." Both vehicles caught Agent Arevalo's attention because they appeared to slow down and almost pull over at the Split Rock. Both trucks then drove east past the Split Rock and continued on SR-94. Agent Arevalo then observed six subjects running west on SR-94, on the north side of the road. The six subjects dropped into a ravine north of SR 94 and hid in a creek bed. At approximately 9:55 AM, Agent Arevalo observed both trucks pull over on the north side of SR-94 near where the six subjects were hiding and opened their driver's side rear doors. A few seconds later the six subjects ran up to the trucks and got in the back. Agent Arevalo notified other agents about his observations.

At about the same time, Border Patrol Agent R. Quijano, who was wearing plain clothes and driving an unmarked government vehicle, came up to both vehicles. Agent Quijano attempted a consensual encounter with the two vehicles but as he approached both trucks, they drove off heading east on SR-94. Agent Arevalo notified that the vehicles had departed. Supervisory Border Patrol Agent W. Weaver along with Border Patrol Agents J. Amati, R. Baker and L. Bedolla responded to assist in the search for the two vehicles. Border Patrol Agent M. Del La Torre encountered the two trucks traveling east on SR-94. Agent De La Torre followed the two trucks. Agent De La Torre noticed the grey Dodge Ram truck pick up speed and soon lost visual of the Dodge Ram truck traveling eastbound on SR-94.

Agent Weaver observed the Dodge Ram pass him, where he pulled onto SR-94 behind it.

**CONTINUATION OF COMPLAINT:**
 Andrew Lee MURRAY,
 Michael REID,

Agent Weaver saw a single male occupant with a beard driving the vehicle. Agent Weaver requested record checks on the license plate on the Dodge. As Agent Weaver got behind the vehicle, the driving behavior of the driver changed, and the vehicle began to slow down. Then it sped up quickly. As it sped up, Agent Weaver saw a person who was not the driver appear to sit up as if they had been lying down in the back seat. Agent Weaver activated his lights and attempted to initiate a vehicle stop as the Dodge Ram came to the straight away along SR 94. The vehicle failed to yield. Agent Weaver could see the driver turning his head to the right and a third head appeared to sit up in the backseat. As they approached a residential dirt road, Martin Road, the vehicle sped up and made an abrupt turn north onto the road. It immediately sped up and passed another vehicle that had turned onto the dirt road. Agent Weaver pursued the vehicle along the unmaintained dirt road where it reached speeds of at least 50 miles per hour. Agent Weaver then saw the vehicle turn off of the dirt road where there was no road. Agent Weaver saw that the vehicle was stopped and went towards the vehicle with his weapon drawn. All of the doors were closed, and four individuals had their hands up all in the rear passenger compartment of the vehicle. Agent Weaver ordered them all out of the vehicle as Border Patrol Agent R. Quijano arrived on scene. The driver appeared to have fled on foot. Agent Quijano identified himself as a Border Patrol agent to the rear passengers in the vehicle and performed an immigration inspection. All four occupants stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At approximately 10:10 AM, Agent Quijano placed all four subjects, later identified as material witnesses Mario CRUZ-Lopez, Jacinto Dionicio LOPEZ-Lopez, Salvador NAVARRO-Villavicencio and Hilda OLEA-Ramirez under arrest.

As Agent Weaver followed the Dodge Ram, Agent De La Torre continued to follow the Ford truck, where it traveled eastbound on SR-94 at about 30 to 40 miles an hour. Near Call Box 502 on SR-94, the Ford truck began driving on the right shoulder of the road, as if it was going to pull over, and lowered its speed to approximately 10 miles per hour. For oncoming vehicle traffic safety purposes, Agent De La Torre briefly activated his emergency lights and siren. The Ford truck continued east bound on SR-94 and began to travel at regular highway speed. As Agent De La Torre followed the vehicle eastbound on SR-94, he noticed three individuals in the Ford truck. The driver was a bearded man and the front passenger was a women. The passenger in the rear was wearing a black and white hoody sweater. The Ford truck turned north on Buckman Springs Road and began to slow down to approximately 10 miles per hour. As it slowed down, Agent De La Torre activated his emergency lights and siren once again. The Ford truck came to a complete stop and the person in the rear seat with the black and white hoody exited the vehicle on the passenger side. Agent De La Torre noticed the person run into

**CONTINUATION OF COMPLAINT:**
 Andrew Lee MURRAY,
 Michael REID,

the brush and that the Ford truck began traveling north at a high rate of speed.  Agent Amati who was behind Agent De La Torre's vehicle during the attempted traffic stops, then exited her vehicle in pursuit of the male subject.  At approximately 10:05 AM, Agent Amati stated that she had custody of the individual, later identified as material witness Gustavo CEDILLO-Cedillo, that had absconded from the vehicle.  Border Patrol Agent R. Baker arrived to the area of Agent Amati, identified himself as a Border Patrol Agent and conducted an immigration inspection.  CEDILLO stated that he is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States.  At approximately 10:08 AM, Agent Baker placed CEDILLO under arrest.

Agent De La Torre followed by Border Patrol Agent L. Bedolla continued following the vehicle north on Buckman Springs Road.   As Agent De La Torre approached the Cal Fire station on Buckman Springs Road, the vehicle traffic was at a standstill due to construction on the road.  As Agent De La Torre approached the vehicle, he again activated his emergency lights and siren and attempted to perform a vehicle stop.  The Ford truck began traveling north on the right shoulder of the road, circumventing the construction workers stop sign.  Agent De La Torre turned off his emergency lights and siren and began following at a safe distance and speed.  After Agent De La Torre had passed the Mountain Empire High school, he activated his emergency lights and siren and attempted to regain a position behind the vehicle.  Agent De La Torre communicated that the Ford truck was approaching Bear Valley Road.
Supervisory Border Patrol Agent L. Miele and Border Patrol Agent M. Knott of the Campo Border Patrol Station were positioned near Bear Valley Road, and had each successfully deployed a control tire deflation device as the suspect vehicle passed their location.  The Ford truck came to a complete stop at about approximately one quarter mile south of Old Highway 80.  Agent De La Torre observed the driver and the passenger run away from the truck and head into the nearby surrounding brush.  Agent De La Torre pursued the driver on foot, and was able to catch up the individual, later identified as the defendant Michael REID, approximately fifty yards west of the vehicle.  Agent De La Torre identified himself as a Border Patrol Agent and questioned him as to his nationality and citizenship.  Michael REID stated that he is a United States citizen.  At 10:14 AM, Agent De La Torre placed REID under arrest.  The location of arrest for REID is approximately twelve miles east of the Tecate, California Port of Entry and approximately ten miles north of the United States/Mexico International Boundary.

At approximately 6:20 PM, Border Patrol Agent J. Gerber, who was dressed in his full rough duty uniform and driving an agency marked vehicle was patrolling in the El Cajon area of responsibility.  As Agent Gerber was traveling westbound on SR 94, in an area known as Star

**CONTINUATION OF COMPLAINT:**
 Andrew Lee MURRAY,
 Michael REID,

Ranch Flats, he observed an individual who matched the photo and the physical description that had been disseminated by the previous shift of the defendant Andrew Lee MURRAY. MURRAY was walking eastbound on the south side of SR 94. Agent Gerber noticed that MURRAY's clothes were tattered and he had dirt on his knees and elbows and he had fresh scratches on his face. Agent Gerber asked him where he was coming from and he said he was coming from his girlfriend's house on "Yucca." Agent Gerber asked MURRAY what his name was and he replied "Justin Murray." The subject had facial hair and tattoos consistent with the photo shown in the BOLO. At approximately 6:25 PM, Agent Gerber placed the defendant Andrew Lee MURRAY under arrest. This area is approximately a Ten miles east of the Tecate, California Port of Entry and mile north of the United States/Mexico International Border.

At 2:12 PM Michael REID was read his Miranda Rights. REID stated that he was willing to answer questions without an attorney present. REID stated that on Monday October 7, 2019 or Tuesday October 8, 2019, he was approached by a smuggler outside of a liquor store in Julian, California. REID agreed to pick-up illegal aliens for "a couple grand." REID stated that the smuggler told REID that he would be picking up between four to six illegal aliens near the city of Potrero, California. REID stated he knew a man in Julian that has been recently experiencing marital problems. REID knows the man as "Drew." REID stated he thought "Drew", (the defendant Andrew Lee MURRAY) could use the money due to him also having fallen on hard times. REID stated he told "Drew" they would both make a few thousand dollars for smuggling aliens. REID admitted that he and "Drew" are close friends who lived near each other and their children attend the same school. REID stated that on October 10, 2019, he received a call and text messages from the smuggler giving him instructions to drive towards Potrero, California. REID stated he kept in contact with "Drew" until they reached the gas station on State Route 94 (SR94) and Buckman Springs Road. REID stated, he and "Drew" driving two separate trucks traveled at the instructions of the smugglers towards the location where the illegal aliens were hiding, near SR-94. REID stated the smugglers told him a man would be standing on the road and to "keep his eyes open." REID stated he received a call and was told that he had driven past the pick-up location and that he was told to turn around. It was at this time that REID stated he knew he was being watched by the smugglers. REID stated that after he started heading back towards the pick-up spot, he saw a man standing in the road with a back pack on. At this time REID stated that he pulled off SR-94 and onto the dirt alongside the highway. REID stated that the man standing in the road got into his truck. REID then stated that there were immediately multiple vehicles in the area that pulled up behind him, so he got scared and sped away. REID stated that after driving a few miles down the road he instructed the illegal alien to get out of his vehicle because he knew the Border Patrol was behind him. REID then continued to speed

**CONTINUATION OF COMPLAINT:**
 Andrew Lee MURRAY,
 Michael REID,

away. REID stated he did not know why he did not stop for law enforcement when he saw the lights and siren. He further stated that he knew it was wrong, but he was panicking. REID was questioned about his prior criminal history, specifically his prior conviction for felon in possession of a firearm. REID confirmed he was convicted of that crime and spent time in jail. REID was then asked about the large amount of ammunition found in his vehicle. REID confirmed the ammunition was his and that he uses it to hunt.

At approximately 7:44 PM, Andrew Lee MURRAY was read his Miranda Rights. MURRAY stated that he was willing to answer questions without an attorney present. MURRAY was asked where his truck was located, MURRAY stated "you know where my truck is." MURRAY stated that on October 10, 2019, he received a phone call from his friend "Mike," who needed gas and was stranded near the Border. MURRAY stated he was attempting to give "Mike" a gas can when "Mexicans jumped into his car." MURRAY stated he then panicked and drove off with the illegal aliens in his truck. MURRAY admitted that the illegal aliens were in his truck and that he knowingly absconded from Border Patrol Agents. MURRAY was informed that the aliens stated he was instructing them to conceal themselves. MURRAY stated he was scared and that he doesn't like illegal aliens.

Material witnesses Gustavo CEDILLO-Cedillo, Mario CRUZ-Lopez, Jacinto Dionicio LOPEZ-Lopez, Salvador NAVARRO-Villavicencio and Hilda OLEA-Ramirez stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. Material witnesses stated that they were going to pay between an unknown sum and $11,000.00 USD to be smuggled into various cities in the United States. Material witness CEDILLO stated that the defendant REID abrubtly stopped the truck and told him to "Go! Go!." Material witnesses CRUZ, LOPEZ, NAVARRO and OLEA stated that they had fear for their life because the truck almost flipped. Material witness CRUZ stated that the defendant MURRAY told them to stay down in the vehicle and started to curse and yell after he saw the Border Patrol lights and heard the sirens. CRUZ stated that MURRAY increased the speed of the truck after seeing the lights and sirens of the Border Patrol. Material witness LOPEZ stated that MURRAY told them to get in the truck. Material witness CEDILLO was able to positively identify the defendant Michael REID from a photographic lineup as the driver of the smuggling vehicle. Material witness Hilda OLEA-Ramirez was able to positively identify the defendant Andrew Lee MURRAY as the driver of their smuggling vehicle.